PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Wanda Deloach                                      Cr.: 08-CR-484-01

Name of Sentencing Judicial Officer: Honorable Raymond J. Dearie
Transferred Jurisdiction to Judicial Officer: Honorable Dennis M. Cavanaugh

Date of Original Sentence: 12/04/07

Original Offense: Conspiracy to Import Five Kilograms or more of Cocaine

Original Sentence: Time Served; 5 years Supervised Release

Type of Supervision: Supervised Release                              Date Supervision Commenced: 12/14/07

### PETITIONING THE COURT

[ ]   To extend the term of supervision for          Years, for a total term of          Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

### CAUSE

On January 31, and March 28, 2008, the offender tested positive for the use of cocaine.

Respectfully submitted,

By: Elisa Martinez
U.S. Probation Officer
Date: 08/26/08

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

9/19/08
Date

Dennis M. Cavanaugh
U.S. District Judge